**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| v. | Case No. 25-CR-40-JFH |
| **ADRIAN BELTRAN MORENO,** **CARLOS PEREZ-GIL,** a/k/a "Charlie Brown," | |
| **Defendants.** | |

**OPINION AND ORDER**

Before the Court is the Unopposed Motion to Declare this Case a Complex Matter and Extend Deadlines ("Motion") filed by the United States of America. Dkt. No. 28. For the reasons set forth below, the Court will declare this matter to be complex, and continue the trial date and pre-trial deadlines in this matter.

Defendants have been charged in relation to an alleged drug distribution conspiracy. Dkt. No. 2. The Government represents that the evidence in this matter is voluminous and consists of reports, search warrants, wiretap audio, cellphone downloads, and other evidence. Dkt. No. 28. Given the atypically voluminous quantity of discovery in this matter and the complexity of producing, reviewing, and investigating the discovery in this matter, the Government asserts that this case should be declared a complex matter. *Id*.

For the reasons set forth in the Motion, including those noted herein, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), the Court finds that this is a complex case and that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the limits established by 18 U.S.C. § 3161. The Court further finds that the ends of justice served by granting the continuance requested outweigh the interests of the public and the Defendants in a speedy trial. Thus, pursuant

to 18 U.S.C. § 3161(h)(7)(B)(ii), the ends of justice dictate that the period of delay shall be excludable in computing the time from which the Indictment was filed and the time within which the trial of this action must commence.

IT IS THEREFORE ORDERED that the motion filed at Dkt. No. 28 is GRANTED. The jury trial set for May 19, 2025 at 8:45 a.m. is stricken. The following amended scheduling order is hereby entered:

| | | |
|---|---|---|
| Joint status report regarding production of discovery filed: | 7/31/2025 | |
| Notices filed: | 7/31/2025 | |
| Including all notices required by FRCrP and FRE, including Rule 16, 404(b), 412, 413, 414 or 609 | | |
| Motions to dismiss for insufficient indictment filed: | 7/31/2025 | |
| Motions and Objections to Notices filed: | 8/7/2025 | |
| Absent good cause, motions in limine shall be filed by this date | | |
| Motions for bill of particulars shall be filed pursuant to FRCrP 7(f) | | |
| Pretrial conference: | 8/28/2025 | at 9:30 am |
| Voir dire, jury instructions, stipulations, & trial briefs filed: | 9/5/2025 | |
| Witness and exhibit lists exchanged between counsel and emailed to courtroom deputy (do not file): | 9/11/2025 | by 4:00 pm |
| Three hard-copy exhibit binders delivered to Court: | 9/11/2025 | by 4:00 pm |
| Jury trial: | 9/15/2025 | at 8:45 am |

Due to the Court's multi-district caseload, this schedule is relatively inflexible.

Pursuant to LCrR 12.1(E), any response shall be filed within seven days of any motion's filing.

Only one omnibus motion in limine and one motion to suppress per defendant is permitted without leave of Court.

The Court shall summarily deny without prejudice any motion that does not comply with LCrR 12.1(B), which requires a motion state on the first page whether or not opposing counsel objects to the motion.

The parties should meet and confer in good faith to discuss any stipulations that would streamline the issues at trial. Any stipulations agreed to should be submitted by the date listed.

If the parties anticipate a lengthy pretrial/motion hearing, they are directed to promptly contact the Courtroom Deputy and the hearing will be reset.

If the parties anticipate a plea of guilty, they are directed to promptly contact the Courtroom Deputy and a change of plea hearing (separate from the Pretrial Docket Call) will be set. The parties must provide a petition to enter plea of guilty and any plea agreement (if applicable) to the Court and file any superseding information (if applicable) at least three business days prior to the Change of Plea Hearing.

The parties are encouraged to review the Court's Criminal Guidelines.

IT IS FURTHER ORDERED that the time from May 19, 2025, inclusive, to September 15, 2025, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(7).

Dated this 27th day of March 2025.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE