# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| v. | Case No. 25-CR-40-JFH |
| **ADRIAN BELTRAN MORENO,** **CARLOS PEREZ-GIL,** a/k/a "Charlie Brown," | |
| **Defendants.** | |

## OPINION AND ORDER

Before the Court is the Report and Recommendation [Dkt. No. 37] issued by Magistrate Judge Steele concerning the Government's Appeal of Bail Determination and Motion to Revoke Order Setting Conditions of Release [Dkt. No. 33].

Magistrate Judge Steele held a hearing on the Government's Motion on April 10, 2025, at which time the Defendant withdrew his objection to the Government's Motion and thereby consented to his pretrial detention in this matter. Dkt. No. 37 at 2. Magistrate Judge Steele accordingly issued a Report and Recommendation on April 10, 2025 recommending that this Court grant the Government's Motion.

The period for objections to Magistrate Judge Steele's Report and Recommendation have elapsed without objection from any party. As such, this Court will adopt the Report and Recommendation in full.

IT IS THEREFORE ORDERED that the Report and Recommendation [Dkt. No. 37] is hereby ADOPTED;

IT IS FURTHER ORDERED that the Government's Appeal of Bail Determination and Motion to Revoke Order Setting Conditions of Release is GRANTED, and the Pretrial Release

2

Order issued by Magistrate Judge Steve B. Chu dated March 11, 2025 concerning this Defendant is REVOKED. Defendant is ordered to be detained pending trial of this matter.

Dated this 25th day of April 2025.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE